**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nadine MAROGIL, | No. CV-05-3433-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| CHURCH & DWIGHT, CO., INC., et al., | |
| Defendants. | |

Having received the Motion for Status Conference [Doc. No. 21], by Defendant Church & Dwight, Co., Inc., and good cause appearing,

**IT IS ORDERED** that the Motion for Status Conference [Doc. No. 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter on **Thursday, November 2, 2006, at 10:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

DATED this 10th day of October, 2006.

Stephen M. McNamee
United States District Judge