**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Nadine MAROGIL, | No. CV-05-3433-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |   |
| CHURCH & DWIGHT, CO., INC., et al., |   |
| Defendants. |   |

Having received Defendant Church & Dwight, Co's Request to Vacate November 2, 2006 Hearing (Doc. No. 27), and good cause appearing,

**IT IS ORDERED** that the Status Hearing in this matter scheduled for Thursday, November 2, 2006, at 10:30 a.m. **VACATED**. The Court reminds the parties that all of the provisions in this Court's April 21, 2006 Rule 16 Scheduling Order (Doc. No. 18) remain in full effect.

DATED this 1st day of November, 2006.

Stephen M. McNamee
United States District Judge