**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Nadine Marogil, | ) | No. CIV 05-3433-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Church & Dwight, Co. Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice [Doc. No. 28]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation to Dismiss with Prejudice [Doc. No. 28] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 3rd day of November, 2006.

_____
Stephen M. McNamee
United States District Judge